William J. Perry, *Pro Hac Vice*
william.perry@interpleaderlaw.com
INTERPLEADER LAW, LLC
5800 One Perkins Place Dr., Ste 2A
Baton Rouge, Louisiana 70808
Tel: (225) 246-8706
Fax: (888) 200-3530
*Attorneys for Defendants*
*Alexandro Del Real, individually*
*and as guardian for A.A.D.R., a minor,*
*and Vanessa Alexia Del Real*

RACHEL KING (Bar No. 300298)
cases@thelawyerking.com
KING LAW FIRM ATTORNEYS AT LAW, INC.
34859 Frederick St., Suite 108
Wildomar, CA 92595
Telephone: (951) 834-7715
Facsimile: (951) 319-7129
*Attorney for Defendant in Interpleader*
*Ashley Becerra*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | CASE NO.: 2:21-cv-00638-AB (Ex) |
| Plaintiff, | Assigned to: *Hon. Andre Birotte Jr.* |
| vs. | **JOINT APPLICATION FOR APPROVAL OF MINOR'S SETTLEMENT** |
| ASHLEY BECERRA, an individual; ALEJANDRO DEL REAL, an individual; ALEJANDRO DEL REAL as guardian for V.A.D.R., a minor; and ALEJANDRO DEL REAL as guardian for A.A.D.R., a minor, | |
| Defendants. | |

1

Interpleader Defendants ASHLEY BECERRA ("ASHLEY"), ALEXANDRO DEL REAL ("ALEXANDRO"), individually and on behalf of the minor child, A.A.D.R., and VANESSA ALEXIA DEL REAL ("VANESSA") (collectively the "Parties"), by and through their respective counsel, submit this Joint Application for Approval of Minor's Settlement, as follows:

## APPLICATION

1.  Defendant-in-Interpleader, A.A.D.R. (born 2007), is the minor child of ALEXANDRO and the insured in this matter. She has thus far been represented by her father in this case, but ASHLEY was also recently designated as the court-appointed guardian of A.A.D.R.'s estate.[1]

2.  This Application is based upon:

    a)  The moving documents;

    b)  The Declaration of Attorney LeAnne E. Maillian, counsel for A.A.D.R. in the matter of Guardianship of V.A.D.R. and

---

[1] ALEXANDRO was sued by LINA both individually and as A.A.D.R.'s general guardian and father. However, on January 14, 2022, ASHLEY was appointed as the Guardian for the Estate of A.A.D.R. in the state court action entitled Guardianship of V.A.D.R and A.A.D.R., pending before the Superior Court of the State of California for the County of Los Angeles, Case No. 20STPB06804. In addition, the terms of the settlement made the subject of this motion were also approved in the state court proceeding as being in A.A.D.R's best interests. Accordingly, A.A.D.R.'s court-appointed guardian has received authority in the California state court guardianship proceeding to enter into the referenced settlement. The January 14, 2022 Minute Entry is attached as Exhibit 1 to the Declaration of A.A.D.R.'s counsel.

2

|   |   |
|---|---|
|   | A.A.D.R., Superior Court of the State of California for the County of Los Angeles, Case No. 20STPB06804; |
| c) | Exhibit 1 to the Declaration of LeAnne E. Maillian, which is the January 14, 2022 Minute Entry in the state court action entitled Guardianship of V.A.D.R and A.A.D.R., pending before the Superior Court of the State of California for the County of Los Angeles, Case No. 20STPB06804; |
| d) | The Declaration of Alexandro Del Real; |
| e) | Exhibit 1 to the Declaration of Alexandro Del Real, which comprises the adapted California State Court Petition to Approve Compromise of Disputed Claim for Minor form (MC-350) completed by ALEXANDRO, which is used for the Court's review of minor's compromises; |
| f) | The Declaration of Ashley Becerra; |
| g) | Exhibit 1 to the Declaration of Ashley Becerra, which comprises the adapted California State Court Petition to Approve Compromise of Disputed Claim for Minor form (MC-350) completed by ASHLEY, which is used for the Court's review of minor's compromises; |
| h) | the Court's own file in this case; and |
| i) | any other documents, replies, and oral arguments as the Court may require. |

3. Moving counsel for the competing claimants, as well as counsel appointed in the California state court guardianship proceeding to specifically represent the minor, A.A.D.R., have conferred and were involved in negotiation of the referenced settlement. Movants stipulate that the application is consistent with

the settlement of this case reached through private agreement, and all counsel support the approval of the application.

4. This application is made pursuant to the Court's jurisdiction to supervise the settlement of any cases involving the interests of minors, and is brought pursuant to Local Rules 17-1.2, 17-1.3, and 17-1.4, Cal. Civ. Proc. Code § 372, and California Rule of Court 3.1384, by A.A.D.R., by and through her general guardian, her father, ALEXANDRO, and her sister who is also the guardian of her estate, ASHLEY. L.R. 17-1.3 requires that hearings on the petition "insofar as practicable, . . . shall conform to Cal. Civ. Proc. Code § 372 and California Rule of Court 3.1384." California mandates the use of California Judicial Council Form MC-350 Petition. MC-350 Forms completed by both ALEXANDRO and ASHLEY are attached. This Application is based on this document, including the attachments, the papers and records maintained in the court's file, and, if any oral argument is requested by the Court, such oral argument and documentary evidence as may be presented at the hearing on the application.

5. The minor in this case has had her legal interests protected by her father and general guardian, ALEXANDRO, her sister and guardian of her estate, ASHLEY, and her court-appointed counsel in the state court proceedings, all of whom believe settlement is in the best interests of the minor.

## **TERMS**

1.  A settlement was reached through private agreement entered into between the parties. The settlement provides for an amount to be paid to the attorney for ASHLEY BECERRA ("ASHLEY"); an amount to be paid to ALEXANDRO DEL REAL ("ALEXANDRO"); and the balance to be split between the insured's two daughters VANESSA ALEXIS DEL REAL ("VANESSA") and her minor sister A.A.D.R., all through their attorneys of record.

2.  This application provides for the settlement proceeds to be deposited into a blocked account for the minor, to be available for the minor's needs.

3.  The Court clerk has previously received all the life insurance benefits payable by Life Insurance Company of North America ("LINA") on the life of the child's mother. Specifically, on May 17, 2021, LINA deposited $378,808.27, representing the disputed funds, into the registry of the Court. *See* ECF No. 30.

4.  On September 9, 2021, LINA was granted interpleader relief, was awarded $5,000 in attorney's fees, and was terminated as a party. *See* ECF No. 32.

5.  On October 20, 2021, the Court disbursed $5,000 in attorney's fees to LINA, leaving $373,808.27 (the "Funds") in the registry of the Court. *See* ECF No. 33.

6. The settlement calls for the amount of Ten Thousand Dollars ($10,000) to be paid to the attorney for ASHLEY; the amount of Seventy-Five Thousand Dollars ($75,000) to be paid to ALEXANDRO; and the balance to be split between the insured's two daughters, VANESSA, and her minor sister A.A.D.R., resulting in a payment to each of approximately $144,404.13, plus 50% of any accumulated interest.

7. The amount payable to the minor, A.A.D.R. is to be paid to the trust account of counsel for ASHLEY, as Guardian of the Estate of A.A.D.R., appointed on January 14, 2022 in the matter of Guardianship of V.A.D.R. and A.A.D.R., Superior Court of the State of California for the County of Los Angeles, Case No. 20STPB06804, to be held in her trust account until it is transferred to a blocked account to be established at Chase Bank, 11817 Whittier Boulevard, Whittier, CA 90601.

8. The settlement is the result of a full and meaningful negotiation by and between the parties and their counsel.

## PRAYER FOR RELIEF

For the foregoing reasons, movants request that the Court approve the settlement involving a minor child. Upon approval, the parties will submit a joint motion for entry of final judgment and order of interpleader disbursement.

| | | |
|---|---|---|
| 1 | Dated: March 14, 2022 | INTERPLEADER LAW, LLC |
| 2 | | |
| 3 | | By: */s/*William J. Perry |
| 4 | | William J. Perry |
| 5 | | Attorney for Defendants In Interpleader, ALEXANDRO DEL REAL, individually and as guardian for A.A.D.R., a minor and VANESSA ALEXIA DEL REAL |
| 10 | Dated: March 14, 2022 | KING LAW FIRM ATTORNEYS AT LAW, INC. |
| 13 | | By: */s/Rachel King* |
| 14 | | Rachel King |
| 15 | | Attorneys for Defendant In Interpleader, ASHLEY BECERRA |

1  Approved:
2
   By: _____
3  Leanne E. Maillian
4  State Court Appointed Minor's Counsel for A.A.D.R.
   Law Office of LeAnne E. Maillian
5  16530 Ventura Blvd, Ste 404
6  Encino, CA 91436-5057
   LeAnne@Maillianlaw.com
7  Phone: 818-817-9200
8  Fax: 818-817-9208
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on March 14, 2022, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: /s/ William Perry
William Perry