UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>ASHLEY BECERRA, an individual; ALEJANDRO DEL REAL, an individual; ALEJANDRO DEL REAL, as guardian for V.A.D.R., a minor, and as guardian for A.A.D.R., a minor<br><br>    Defendants | Case No. 2:21-cv-00638-AB-E<br><br>**ORDER APPROVING MINOR'S SETTLEMENT** |

Before the Court is a JOINT APPLICATION OF MINOR DEFENDANT-IN-INTERPLEADER FOR APPROVAL OF SETTLEMENT ("Application," Dkt. No. 34) by Interpleader Defendants ASHLEY BECERRA ("ASHLEY") and ALEXANDRO DEL REAL ("ALEXANDRO", incorrectly identified as Alejandro in the Complaint), as an individual and also on behalf of minor child A.A.D.R. and VANESSA ALEXIA DEL REAL ("VANESSA") (collectively "DEL REAL"), (collectively the "Parties"), by and through their respective counsel. Because the Application is jointly filed by all parties and is unopposed, and the Court finds this matter appropriate for resolution without a hearing, and therefore **VACATES** the

April 22, 2022 hearing. *See* Fed. R. Civ. P. 78; L.R. 7-15. After considering the papers filed in support of the Application, the Court **GRANTS** the Application.

The parties have agreed to a settlement as follows:

1. The amount of Ten Thousand Dollars ($10,000) to be paid to the attorney for ASHLEY BECERRA; the amount of $75,000 to be paid to ALEXANDRO DEL REAL; and the balance to be split between the insured's two daughters VANESSA ALEXIS DEL REAL and her minor sister A.A.D.R. resulting in a payment to each of $144,404.13, plus 50% of any accumulated interest; and

2. The amount payable to the minor, A.A.D.R. is to be paid to Attorney for ASHLEY BECERRA, as Guardian of the Estate of A.A.D.R., to be held in her trust account until it is transferred to a Blocked account to be established at Chase Bank, 11817 Whittier Boulevard, Whittier, CA 90601.

Considering Counsel's representations about the facts of the case and the Minors' claims in the Application and supporting materials, the Court finds that the settlement amount is fair and reasonable.

For the reasons discussed above, Minor Defendants' Application is **GRANTED**.

The parties are **ORDERED** to file an agreed-upon Proposed Judgment within 10 day of this order.

IT IS SO ORDERED.

Dated: March 25, 2022.

_____
ANDRE BIROTTE, JR.
UNITED STATES DISTRICT JUDGE