JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>ASHLEY BECERRA, an individual; ALEJANDRO DEL REAL, an individual; ALEJANDRO DEL REAL, as guardian for V.A.D.R., a minor, and as guardian for A.A.D.R., a minor<br><br>Defendants | Case No. 2:21-cv-638-AB-E<br><br><br><br><s>PROPOSED</s> FINAL JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT |

    Considering the Order Approving Minor's Settlement (Dkt. No. 38) entered in response to the Joint Application of Minor Defendant-in-Interpleader for Approval of Settlement ("Application," Dkt. No. 34) by Interpleader Defendants ASHLEY BECERRA ("ASHLEY") and ALEXANDRO DEL REAL ("ALEXANDRO", incorrectly identified as Alejandro in the Complaint), as an individual and also on behalf of minor child A.A.D.R. and VANESSA ALEXIA DEL REAL ("VANESSA") (collectively the "Parties"), the Court finds, adjudges, and orders as follows:

    This suit involves a dispute regarding the proceeds of a life insurance policy payable by Life Insurance Company of North America ("LINA"), insuring the life

20142828v1

1

of BERTHA D. MENDEZ (the "Insured").  On May 5, 2021, LINA filed a Stipulation for Deposit of Interpleader Funds seeking to deposit $378,808.27 ($378,400.00 principal due plus $408.27 interest), as constituting all of the disputed and remaining funds that due and owing under the terms of the Policy issued by LINA.

On May 10, 2021, LINA was ordered to deposit the disputed funds into the registry of the Court.  (ECF No. 29).  On May 17, 2021, LINA deposited $378,808.27, representing the disputed funds, into the registry of the Court.  (ECF No. 30).  On September 9, 2021, LINA was granted interpleader relief, $5,000 in attorney's fees, and was terminated as a party.  (ECF No. 32).  On October 20, 2021, the Clerk of Court disbursed $5,000 in attorney's fees to LINA (ECF No. 33), leaving $378,808.27 (the "Funds").

The remaining parties have resolved their disputes and claims against each other as set forth in the Application (Dkt. No. 34) and the settlement, which involved a minor, has been approved by this Court (Dkt. No. 38).  Therefore, pursuant to the agreement of the parties, and the record in this matter:

IT IS ORDERED that from the Funds, King Law Firm Attorneys at Law, Inc., is entitled to and the Clerk shall disburse to it Ten Thousand Dollars ($10,000), payable to: "King Law Firm Attorneys at Law, Inc." and mailed to: Rachel King, King Law Firm Attorneys at Law, Inc., 34859 Frederick St., Suite 108, Wildomar, CA 92595;

IT IS FURTHER ORDERED that from the Funds, ASHLEY BECERRA, AS GUARDIAN OF THE ESTATE OF A.A.D.R., is entitled to and the Clerk shall disburse to her One-Hundred Forty-Four Thousand Four-Hundred and Four Dollars and Fourteen Cents ($144,404.14), payable to: "ASHLEY BECERRA, AS GUARDIAN OF THE ESTATE OF A.A.D.R." and mailed to: Rachel King, King Law Firm Attorneys at Law, Inc., 34859 Frederick St., Suite 108, Wildomar, CA

20142828v1

92595, to be held in her trust account until it is transferred to a Blocked account to be established at Chase Bank, 11817 Whittier Boulevard, Whittier, CA 90601;

IT IS FURTHER ORDERED that from the Funds, ALEXANDRO DEL REAL is entitled to and the Clerk shall disburse to him Seventy-Five Thousand Dollars ($75,000.00), payable to: "Interpleader Law, LLC IOLTA" and mailed to: William J. Perry, Interpleader Law, LLC, 5800 One Perkins Place Drive, Suite 2A, Baton Rouge, LA 70808;

IT IS FURTHER ORDERED that from the Funds, VANESSA ALEXIA DEL REAL is entitled to and the Clerk shall disburse to her One-Hundred Forty-Four Thousand Four-Hundred Four Dollars and Thirteen Cents ($144,404.13), payable to: "Interpleader Law, LLC IOLTA" and mailed to: William J. Perry, Interpleader Law, LLC, 5800 One Perkins Place Drive, Suite 2A, Baton Rouge, LA 70808;

IT IS FURTHER ORDERED that Fifty Percent (50%) of any accrued interest on the entirety of the Funds deposited, less any assessed fee for the administration of the Funds, shall be disbursed to VANESSA ALEXIA DEL REAL, payable to: "Interpleader Law, LLC IOLTA" and mailed to: William J. Perry, Interpleader Law, LLC, 5800 One Perkins Place Drive, Suite 2A, Baton Rouge, LA 70808; and

IT IS FURTHER ORDERED that Fifty Percent (50%) of any accrued interest on the entirety of the Funds deposited, less any assessed fee for the administration of the Funds, shall be disbursed to ASHLEY BECERRA, AS GUARDIAN OF THE ESTATE OF A.A.D.R., payable to: "ASHLEY BECERRA, AS GUARDIAN OF THE ESTATE OF A.A.D.R." and mailed to: Rachel King, King Law Firm Attorneys at Law, Inc., 34859 Frederick St., Suite 108, Wildomar, CA 92595, to be held in her trust account until it is transferred to a Blocked

20142828v1

account to be established at Chase Bank, 11817 Whittier Boulevard, Whittier, CA 90601; and

    IT IS FURTHER ORDERED that all claims of each party against the other in this matter are hereby dismissed with prejudice.

    IT IS FURTHER ORDERED that this entire matter is hereby dismissed with prejudice.

Dated: April 04, 2022

                                                    ANDRE BIROTTE JR.
                                                  UNITED STATES DISTRICT JUDGE

20142828v1